ORDERED.

Dated:  December 03, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
## www.flmb.uscourts.gov

IN RE:                                                                                    CASE NO.: 6:17-bk-04654-KSJ
                                                                                                            CHAPTER 7

**RICHARD EPHRAIM FAXON,**

    **Debtor,**

**EVANGELINE MARY FAXON,**

    **Joint Debtor.**

_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on for hearing on November 28, 2017, on Lakeview Loan Servicing, LLC's ("Secured Creditor") Motion for Relief from the Automatic Stay (Docket No. 14).  Based on the record.  Accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's

interest in the following property located at 2650 FAWN LANE, Plover, Wisconsin 54467 in Portage County, Wisconsin and legally described as:

Lot 5, Block 9 of second addition to Booth Subdivision, Located in the SW1/4 of section 10, Township 23 North, Range 8 East, Village of Plover, Portage County, Wisconsin.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. Attorneys' fees and costs in the amount of $526.00 are awarded for the prosecution of this Motion for Relief from Stay.

###

Attorney, Bouavone Amphone, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.